STATE of Missouri, Respondent,

v.

**Ricky Wayne ARNOLD, Appellant.**

**WD 77741**

Missouri Court of Appeals, Western District.

ORDER FILED: September 1, 2015

Shaun Mackelprang, Jefferson City, MO, for Respondent.

Ellen H. Flottman, Columbia, MO, for Appellant.

Before Division Four: Alok Ahuja, Chief Judge, Presiding, Cynthia L. Martin, Judge and Gary D. Witt, Judge

**ORDER**

Per curiam:

Appellant Ricky Arnold ("Arnold") was convicted by a jury of attempted enticement of a child in violation of Section 566.151. On appeal, he challenges the sufficiency of the evidence supporting his conviction. Finding no error, we affirm. Rule 30.25(b). A memorandum explaining

our decision has been provided to the parties.